**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL HELGREN, on behalf of herself and all others similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>AMGEN, INC., and Does 1 to 50, Inclusive,<br><br>Defendant. | CASE NO. 06-CV-07182-GW(JCX)<br><br>**ORDER DISMISSING ACTION** |

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this case is DISMISSED as follows:  (1) the claims of Plaintiff Jill Helgren and "opt-in" plaintiff Donald F. Hanks are DISMISSED WITH PREJUDICE; (2) the class claims are DISMISSED WITHOUT PREJUDICE; (3) the orders issued on August 2, 2007 and December 29, 2010 tolling of the applicable statutes of limitation are dissolved; and (4) each side shall bear its own costs and attorneys' fees.

DATED: April 7, 2011

_____
GEORGE H. WU
Judge, United States District Court

Respectfully submitted,

DATED:  April 5, 2011          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:       /s/ M. Kirby C. Wilcox
                M. KIRBY C. WILCOX

Attorneys for Defendant

LEGAL_US_W # 67648819.1